SARAH KANTER, SBN 304542
skanter@beesontayer.com
STEPHANIE PLATENKAMP, SBN 298913
splatenkamp@beesontayer.com
GEOFFREY PILLER, SBN 127001
gpiller@beesontayer.com
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, 2nd Floor
Oakland, CA  94607-4051
Telephone:	(510) 625-9700
Facsimile:	(510) 625-8275

Attorneys for Plaintiffs
Trustees of the Teamsters Benefit Trust

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS BENEFIT TRUST,<br><br>                                    Plaintiffs,<br><br>v.<br><br>LEONARD TRANSPORT, LLC, PACIFIC COAST TRANSPORT, LLC, KATHIE FAUPEL, and MICHAEL LEONARD,<br><br>                                    Defendants. | Case No. 3:17-CV-06648 JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR ORDER CHANGING TIME TO FILE OPPOSITION TO MOTION UNDER FRCP 12(b)(6) AND 9(b)**<br><br>Hearing Date:     March 29, 2018<br>Hearing Time:    2:00 p.m.<br>Courtroom:         9<br>Judge:                  Jon S. Tigar<br>Complaint Filed: November 17, 2017<br>Trial Date:            Not yet set |

Plaintiffs and Defendants mutually stipulated, that for good cause related to travel by Plaintiffs' counsel, an extension of time to file Plaintiffs' opposition to Defendants' Motion under FRCP 12(b)(6) and 9(b).  Per Court order, Plaintiffs' opposition is due by February 9, 2018, and Defendants' reply is due by February 16, 2018.  The parties stipulate to request that the Plaintiffs' opposition be due by February 23, 2018.  Further, the parties stipulate that Defendants are granted an additional week after the service and filing of opposition papers within which to file an serve any reply papers thereto.

Pursuant to Local Rule 6-2, the Declaration of Stephanie Platenkamp, filed concurrently, sets forth the reason for the requested enlargement of time to file the opposition, discloses all previous

time modifications in this case, and describes the effect the requested modification would have on the schedule for the case.

Dated:  February 1, 2018                BEESON, TAYER & BODINE, APC

                                        By:    /s/  Stephanie Platenkamp
                                               STEPHANIE PLATENKAMP
                                        Attorneys for Plaintiffs

Dated:  February 1, 2018                EMPLOYMENT RIGHTS ATTORNEYS

                                        By:    /s/ Richard Schramm
                                               RICHARD SCHRAMM
                                        Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 5, 2018                _____
                                        Hon. Jon S. Tigar
                                        UNITED STATES DISTRICT COURT JUDGE